UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JESS HITE,<br><br>               Petitioner,<br><br>   vs.<br><br>E. VALENZUELA, WARDEN,<br><br>               Respondent. | CASE NO. CV 14-02832 DOC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court (1) accepts the findings and recommendations of the Magistrate Judge, and therefore (2) grants Respondent's motion to dismiss, as reflected in the Report.

DATED: December 12, 2014

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE