UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM JESS HITE,                  )          CASE NO. CV 14-02832 DOC (RZ)
                                    )
                    Petitioner,     )
                                    )          JUDGMENT
           vs.                      )
                                    )
E. VALENZUELA, WARDEN,              )
                                    )
                    Respondent.     )
_____ )

       This matter came before the Court on the Petition of WILLIAM JESS HITE for a writ of habeas corpus.  Having reviewed the Petition and supporting papers; having accepted the April 21, 2014 First Interim Report of the United States Magistrate Judge; and having accepted the October 17, 2014 Report,

       IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed (1) with prejudice as to Claims 1 and 2, as reflected in the First Interim Report; and (2) without prejudice as to the remaining claim asserting an *ex post facto* challenge to the Proposition-9-based extension of the time before Petitioner's next parole eligibility hearing.

       DATED:  December 12, 2014

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE